ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                  Plaintiff,

        -against-

SUNG J. CHOI, Individually, and as officer, director, shareholder and/or principal of WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS,

and

WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS,

                  Defendants.
-----------------------------------------------------------------

**RULE 7.1 GENERAL RULES
SOUTHERN DISTRICT**

Civil Action No. 07-CV-08107

       PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

       There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated: September 11, 2007
      Ellenville, New York

                  **J & J SPORTS PRODUCTIONS, INC.**

           By: /s/Julie Cohen Lonstein
                JULIE COHEN LONSTEIN, ESQ.
                Attorney for Plaintiff
                Bar Roll No. JL8521
                LONSTEIN LAW OFFICE, P.C.
                Office and P.O. Address
                1 Terrace Hill : P.O. Box 351
                Ellenville, NY  12428
                Telephone:  (845) 647-8500
                Facsimile:   (845) 647-6277
                Email: Info@signallaw.com
                *Our File No.  07-4-S01*