ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

               Plaintiff,               Civil Action No. 07-CV-08107

    -against-

SUNG J. CHOI, Individually, and as officer,
director, shareholder and/or principal of
WESTSIDE KING BILLIARD CAFÉ CORP.
d/b/a WESTSIDE KING BILLIARD & CAFÉ
a/k/a KING CAFE BILLIARDS a/k/a CAFÉ
BILLIARDS,

and

WESTSIDE KING BILLIARD CAFÉ CORP.
d/b/a WESTSIDE KING BILLIARD & CAFÉ
a/k/a KING CAFE BILLIARDS a/k/a CAFÉ
BILLIARDS,

               Defendants.
-----------------------------------------------------------

The undersigned hereby certifies that on the 12th day of October, 2007, your deponent served, via regular mail, a copy of the following:

               Order Scheduling Initial Pretrial Conference

upon:

Sung J. Choi
566 W. 181st Street
New York, NY 10033

Westside King Billiard & Cafe Corp.
566 W 181st Street
New York, NY 10033               /s/ Julie Cohen Lonstein
                                                     Julie Cohen Lonstein, Esq.