UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07
```

J & J Sports Productions, Inc..
       Plaintiff(s),

   -against-

Sung J. Choi, et al.

       Defendant(s).
------------------------------------------------------X

07 Civ 8107 (CM) (HBP)

AMENDED
CALENDAR NOTICE

Please take notice that the above captioned matter has been re-scheduled for:

___ Pre-trial Conference     ___ Status Conference     ___ Oral argument
___ Settlement conference     ___ Plea Hearing     (Bankruptcy Appeal)
✓ Rule (16) conference     ___ Final pre-trial conference
___ Telephone Conference     ___ Jury Selection and Trial
___ Non-Jury Trial     ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Wednesday, November 7, 2007 at 11:15 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 24, 2007
       New York, New York

So Ordered

*Colleen McMahon*

Colleen McMahon, U.S.D.J