ECF CASE
JUDGE McMAHON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                         Plaintiff,         **MOTION FOR CONTINUANCE**
  - against -                                     Civil Action No. 07-CV-08107
                                                   HON. COLLEEN McMAHON

SUNG J. CHOI, Individually, and as officer, director, shareholder and/or principal of WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS,

and

WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS,
                              Defendants.
-----------------------------------------------------------------

      Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from November 7, 2007 at 11:15 a.m. for thirty days (30) in order to give plaintiff sufficient time to complete service of process on the defendants SUNG J. CHOI..

      Defendant WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS was served on October 16, 2007 via the Secretary of State and said Defendant's time to answered has not expired

| | |
|---|---|
| Dated: November 1, 2007<br>Ellenvill, NY 12428 | /s/ Julie Cohen Lonstein<br>JULIE COHEN LONSTEIN, ESQ.<br>Attorney for Plaintiff<br>Bar Roll No. JL8521<br>LONSTEIN LAW OFFICE, P.C.<br>1 Terrace Hill : P.O. Box 351<br>Ellenville, NY  12428<br>Telephone:  (845) 647-8500<br>Facsimile:   (845) 647-6277 |