ECF CASE
JUDGE McMAHON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

           Plaintiff,

-against-

SUNG J. CHOI, Individually, and as officer, director, shareholder and/or principal of WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS,

and

WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS,

              Defendants.
------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-08107

The undersigned hereby certifies that on the 1st day of November, 2007, your deponent served, via regular mail, a copy of the following:

              Motion to Continue Initial Pretrial Conference

upon:

Sung J. Choi
566 W. 181st Street
New York, NY 10033

Westside King Billiard & Cafe Corp.
566 W 181st Street
New York, NY 10033

              /s/ Julie Cohen Lonstein
              Julie Cohen Lonstein, Esq.