*McMahon, J*

ECF CASE
JUDGE McMAHON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,

                          Plaintiff,

- against -

SUNG J. CHOI, Individually, and as officer,
director, shareholder and/or principal of
WESTSIDE KING BILLIARD CAFÉ CORP.
d/b/a WESTSIDE KING BILLIARD & CAFÉ
a/k/a KING CAFE BILLIARDS a/k/a CAFÉ
BILLIARDS,

and

WESTSIDE KING BILLIARD CAFÉ CORP.
d/b/a WESTSIDE KING BILLIARD & CAFÉ
a/k/a KING CAFE BILLIARDS a/k/a CAFÉ
BILLIARDS,
                          Defendants.
-------------------------------------------------------------

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

**ORDER FOR CONTINUANCE**
Civil Action No. 07-CV-08107
HON. COLLEEN McMAHON

    Considering the motion of the plaintiff for continuance of the Conference for thirty(30) days allowing time to complete service of process on all of the defendants herein, it is:

    ORDERED, that the November 7, 2007 Conference be continued.

    Dated this 1st day of November, 2007

                                              */s/ Colleen McMahon*
                                             HON. COLLEEN McMAHON
                                             United States District Judge