```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

J & J Sports Production, Inc.,

      Plaintiff(s),              07 Civ 8107 (CM) (HBP)

  -against-

                                            AMENDED
Sung J. Choi, et al.                CALENDAR NOTICE

      Defendant(s).
-----------------------------------------------------X

      Please take notice that the above captioned matter has been re-scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| _✓_ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| _✓_ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, December 7, 2007 at 10:30 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

      Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: November 1, 2007
       New York, New York

                                          So Ordered

                                          _/s/ Colleen McMahon_
                                          Colleen McMahon, U.S.D.J