ECF CASE
JUDGE McMAHON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                    Plaintiff,

  -against-

WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a
WESTSIDE KING BILLIARD & CAFÉ a/k/a KING
CAFE BILLIARDS a/k/a CAFÉ BILLIARDS
                    Defendants.
----------------------------------------------------------------

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
Civil Action No. 07-CV-08107
HON. COLLEEN McMAHON

TO:    J. MICHAEL McMAHON, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

Dated:  November 19, 2007
         Ellenville, New York

LONSTEIN LAW OFFICE, P.C.

By: /s/ Julie Cohen Lonstein
      Julie Cohen Lonstein
      Bar Roll No. JL8512
      Attorney for Plaintiff
      1 Terrace Hill; PO Box 351
      Ellenville, NY 12428
      Telephone:  845-647-8500
      Facsimile:  845-647-6277