ECF CASE
JUDGE McMAHON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18,2004
DeLaHoya/Hopkins**, Program.

                            Plaintiff,

      -against-             **CERTIFICATE OF SERVICE**
                            Civil Action No. 07-CV-08107
                            HON. COLLEEN McMAHON

WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a
WESTSIDE KING BILLIARD & CAFÉ a/k/a
KING CAFE BILLIARDS a/k/a CAFÉ
BILLIARDS
                         Defendants
-------------------------------------------------------------

       The undersigned certifies that on the 19th day of November, 2007 your deponent served the following documents by regular mail:

    1) Request for Default
    2) Affidavit in Support of Request for Default
    3) Clerk's Certificate

on the following:

Westside King Billiard & Cafe Corp.
566 W 181st Street
New York, NY 10033


                                                /s/ Julie Cohen Lonstein
                                                Julie Cohen Lonstein