DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Plaintiff (s) / Petitioner (s) |
| ~ vs ~ | |
| SUNG J. CHOI, ET AL | Defendant (s) / Respondent (s) |

Trans. #:       20072024
Date Filed:    09/14/2007
Docket/Index #:   07 CIV 8107
Witness Fee:    $0
File:            Court Date:
Client Ref #:   07-4-S01
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

STATE OF NEW YORK: COUNTY OF SUFFOLK : SS:

<u>CURTIS DUNCAN</u>, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>October 20, 2007</u> at <u>09:12:00 PM</u>, at <u>566 WEST 181ST STREET , NEW YORK , NY. 10033</u>
deponent served the within <u>SUMMONS AND COMPLAINT IN A CIVIL ACTION</u>
on <u>SUNG J. CHOI</u> defendant therein named.

**INDIVIDUAL**
By personally delivering to and leaving with said a true copy thereof,
And that he knew the person so served mentioned and described in said
Defendant was identified by self admission and by the

**CORPORATION**
By delivering to and leaving with at , and that he knew the person so served to be AUTHORIZED to accept service.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**
By delivering a true copy thereof to and leaving with , a person of suitable age and discretion at the said premise being the defendants / respondents within the state of New York.

**AFFIXING TO DOOR, ETC.**
[X]
By affixing a true copy thereof to the door of the said premises, the same being the defendant's place of business within the State of New York.

**MAILING**
[X]
Deponent completed service under the last two sections by depositing a true copy of the <u>SUMMONS AND COMPLAINT IN A CIVIL ACTION</u>
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on <u>11/7/2007</u> to the Above Address
First class mail in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL" and not indicate of the outside thereof, by return address or oterwise, that it was from an attorney or concerned an action against those served.

**PREVIOUS ATTEMPTS**
Yes
Deponent had previously attempted to serve the above named defendant/respondent,
09/29/2007 07:31:00 AM  10/01/2007 04:17:00 PM  10/09/2007 06:32:00 PM

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age   Approximate weight   Approximate height   Sex
Color of skin   Color of Hair   Other

[X]
Deponent spoke with Neighbor who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

_____
CURTIS DUNCAN NYCCA Lic # 1212924

Sworn to before me this 11/08/2007

_____
VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2011

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9468

AO 440 (Rev. 8/01) Summons in a Civil Action     ORIGINAL

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,
  Plaintiff,
V.

SUNG J. CHOI, Individually, and as officer, director, shareholder and/or principal of WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS, and WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS,
  Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 8107**
**JUDGE McMAHON**

TO: (Name and address of Defendant)
SUNG J. CHOI, Individually, and as officer, director, shareholder and/or principal of WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS
566 West 181st Street
New York, New York 10033        Our File No. 07-4-S01

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                SEP 1 4 2007
CLERK  /s/ Warios Quintero        DATE
(By) DEPUTY CLERK