ECF CASE
JUDGE McMAHON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                Plaintiff,

-against-

SUNG J. CHOI, Individually, and as officer, director, shareholder and/or principal of WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS,

                Defendants.
-----------------------------------------------------------------

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
Civil Action No. 07-CV-08107
HON. COLLEEN McMAHON

TO:    J. MICHAEL McMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

SUNG J. CHOI, Individually, and as officer, director, shareholder and/or principal of WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

Dated: November 28, 2007
       Ellenville, New York

LONSTEIN LAW OFFICE, P.C.

By: /s/ Julie Cohen Lonstein
Julie Cohen Lonstein
Bar Roll No. JL8512
Attorney for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277