ECF CASE
JUDGE McMAHON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
       Plaintiff,

 -against-

SUNG J. CHOI, Individually, and as officer,
director, shareholder and/or principal of
WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a
WESTSIDE KING BILLIARD & CAFÉ a/k/a
KING CAFE BILLIARDS a/k/a CAFÉ
BILLIARDS,
       Defendants.
-----------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**
Civil Action No. 07-CV-08107
HON. COLLEEN McMAHON

STATE OF NEW YORK :
      : SS.:
COUNTY OF ULSTER :

 JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

 1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

 2. This action was commenced pursuant to 47 U.S.C. §605, *et seq.* A copy of the Summons and Complaint was served on Defendant, SUNG J. CHOI, Individually, and as officer, director, shareholder and/or principal of WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS, as set forth in the proof of service by Curtis Duncan, ECF Document number 13.

 3. The time within which any of the Defendants may answer or otherwise move with

respect to the Complaint herein has expired. Defendants SUNG J. CHOI, Individually, and as officer, director, shareholder and/or principal of WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS, have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

    4.    Said Defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the Defendant(s) SUNG J. CHOI, Individually, and as officer, director, shareholder and/or principal of WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a WESTSIDE KING BILLIARD & CAFÉ a/k/a KING CAFE BILLIARDS a/k/a CAFÉ BILLIARDS, be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: November 28, 2007
       Ellenville, NY 12428           /S/ Julie Cohen Lonstein
                                                  Julie Cohen Lonstein

Sworn to before me this 28th         Bar Roll No. JL8512
day of November, 2007

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*