ECF CASE
JUDGE McMAHON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program.

                              Plaintiff,

           -against-              **CERTIFICATE OF SERVICE**
                                        Civil Action No. 07-CV-08107
                                        HON. COLLEEN McMAHON

SUNG J. CHOI, Individually, and as officer,
director, shareholder and/or principal of
WESTSIDE KING BILLIARD CAFÉ CORP. d/b/a
WESTSIDE KING BILLIARD & CAFÉ a/k/a
KING CAFE BILLIARDS a/k/a CAFÉ
BILLIARDS,
                              Defendants
-------------------------------------------------------------

      The undersigned certifies that on the 28th  day of November, 2007 your deponent served the following documents by regular mail:

      1) Request for Default
      2) Affidavit in Support of Request for Default
      3) Clerk's Certificate

on the following:

Sung J. Choi
566 W. 181st Street
New York, NY 10033


                                                            /s/ Julie Cohen Lonstein
                                                            Julie Cohen Lonstein