# Lonstein Law Office, P.C.

Attorneys and Counselors at Law

1 Terrace Hill, P.O. Box 351
Lonstein Professional Building
Ellenville, New York 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
www.signallaw.com

*Wayne D. Lonstein
Julie Cohen Lonstein

Nicholas R. Cartagena

Albert I. Lonstein (1930 - 1993)
Benjamin Lonstein (1909 - 2000)

*Also admitted in NJ, PA & MA

**MEMO ENDORSED**

April 7, 2008

*Advance Via Facsimile*

HON. COLLEEN McMAHON
Judge, U.S. District Court
500 Pearl Street, Room 640
New York, NY 10007

Re:  J & J Sports Productions, Inc. v. Sung J. Choi, et al
     Event: May 5, 2007 - DeLaHoya/Mayweather Program
     Our File No. 07-4-S01
     Civil Action No. 07-CV-8107-CM-HBP

[Handwritten endorsement: 4/8/08 Clerk to note the default immediately]

Dear Judge McMahon:

Please accept this letter as a status report for the above referenced matter.

On November 28, 2007, a Request for Clerk's Entry of Default was filed for this case. At the time of filing, Plaintiff's Counsel served upon the Defendants, a copy of said Request. Shortly thereafter, Plaintiff received a phone call from the Defendant's Attorney, advising that the establishment had been sold prior to the May 5, 2007 event date. Documentation of the sale was received via Facsimile. As a result, Plaintiff is currently engaged in research as certain issues of entangled ownership, in an attempt to uncover the identity of the rightful owners.

Plaintiff would respectfully request that this Honorable Court grant an 45 day period of time in order for Plaintiff to complete its research and if necessary, prepare and file an amended complaint.

Plaintiff meant no disrespect in failing to move forward in this matter and apologizes for any inconvenience it may have caused Your Honor.

Respectfully Submitted,

LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein, Esq.
JCL/ecc

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08